No. 516. RALPH A. HORTON *v.* CARY A. HARDEE, GOVERNOR, ET AL. October 25, 1926. Petition for a writ of certiorari to the Supreme Court of the State of Florida denied. *Messrs. Scott M. Loftin, James E. Calkins,* and *Jno. P. Stokes* for petitioner. *Messrs. Francis P. Fleming* and *Marvin C. McIntosh* for respondents.

No. 517. JOSEPH LAVEIRGE ET AL. *v.* JAMES C. DAVIS, AGENT. October 25, 1926. Petition for a writ of certiorari to the Supreme Court of the State of Minnesota denied. *Messrs. Webster Ballinger* and *John B. Arnold* for petitioners. *Solicitor General Mitchell, Assistant Attorney General Parmenter,* and *Mr. Pedro Capo-Rodriguez* for respondent.

No. 518. J. W. CRAIG *v.* ST. LOUIS-SAN FRANCISCO RAILWAY COMPANY. October 25, 1926. Petition for a writ of certiorari to the Supreme Court of the State of Kansas denied. *Mr. T. A. Noftzger* for petitioner. No appearance for respondent.

No. 519. STEEL AND TUBE COMPANY OF AMERICA *v.* DINGESS RUM COAL COMPANY. October 25, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Arthur W. Fairchild, J. Gilbert Hardgrove,* and *Harold A. Ritz* for petitioner. *Mr. Douglas W. Brown* for respondent.

No. 520. AUBURN AND ALTON COAL COMPANY *v.* UNITED STATES. October 25, 1926. Petition for a writ of certiorari to the Court of Claims denied. *Messrs. Robert N. Miller* and *Haines H. Hargrett* for petitioner. *Solicitor General Mitchell* and *Assistant Attorney General Galloway* for the United States.